UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) MAGISTRATE NO. 1:19-MJ-467 |
| OCIEL DIAZ-TORRES, | ) |
| Defendant. | ) |

## ORDER

Came on to be considered the motion filed by the United States Attorney pursuant to Rule 48(a), Federal Rules of Criminal Procedure, requesting that the Complaint filed in this cause on August 21, 2019, for this defendant, be dismissed without prejudice. The Court, having duly considered the motion, finds that the motion is meritorious. It is hereby

**ORDERED** that the Government's motion be GRANTED.

**SIGNED** on the 25th day of September 2019.

UNITED STATES MAGISTRATE JUDGE
SUSAN HIGHTOWER